FILED

1  CALDWELL LESLIE & PROCTOR, PC
   LINDA M. BURROW, State Bar No. 194668
2   *burrow@caldwell-leslie.com*
   TINA WONG, State Bar No. 250214
3   *wong@caldwell-leslie.com*
   1000 Wilshire Boulevard, Suite 600
4  Los Angeles, California 90017-2463
   Telephone: (213) 629-9040
5  Facsimile: (213) 629-9022

2011 DEC -6  PM 3:39

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

6  Attorneys for Plaintiffs NZK
   PRODUCTIONS INC., and HORIZON
7  ALTERNATIVE TELEVISION INC.

8
## UNITED STATES DISTRICT COURT
9
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10

11  NZK PRODUCTIONS INC., a                    Case CV11 10118-GHK
12  California corporation, and HORIZON                           (Ex)
    ALTERNATIVE TELEVISION INC., a
13  Delaware corporation,                      **COMPLAINT FOR:**

14          Plaintiffs,                        (1)  INTENTIONAL
                                                    INTERFERENCE WITH
15     v.                                           CONTRACTUAL
                                                    RELATIONS; AND
16  STEPHEN CARBONE, an individual,            (2)  UNFAIR COMPETITION,
    REALITY STEVE, LLC, a Texas                     CAL. BUS. & PROF. CODE §
17  limited liability corporation, and DOES         17200 *et seq.*..
    1 through 10, inclusive,
18
            Defendants.                        **DEMAND FOR JURY TRIAL**
19

20

21

22

23

24

25

26

27

28

CALDWELL
LESLIE &
PROCTOR

COMPLAINT

Plaintiffs NZK Productions Inc. and Horizon Alternative Television Inc. (collectively "Plaintiffs") hereby bring this Complaint against Defendants Stephen Carbone, Reality Steve, LLC, and Does 1 through 10, inclusive, alleging as follows:

## PARTIES

1. NZK Productions Inc. ("NZK") is a California corporation with its principal place of business in Burbank, California.

2. Horizon Alternative Television Inc. ("Horizon") is a Delaware corporation with its principal place of business in Burbank, California.

3. Plaintiffs are informed and believe, and on that basis allege, that Reality Steve, LLC is a Texas limited liability corporation that owns and operates a website at www.realitysteve.com that is accessible from California and, with respect to certain of its content, expressly directed to California residents.

4. Plaintiffs are informed and believe, and on that basis allege, that Defendant Stephen Carbone is an individual residing in the state of Texas. Plaintiffs are further informed and believe, and on that basis allege that, at all times relevant, Carbone is and was a member and an agent of Reality Steve, LLC and that, in doing the things alleged herein, Carbone was acting within the course and scope of his agency and with the knowledge, permission and consent of Reality Steve, LLC. Carbone and Reality Steve, LLC are collectively referred to herein as "Defendants".

5. The true names and capacities, whether individual, corporate, partnership, associate, or otherwise, of the Defendants named herein as Does 1-10, inclusive, are presently unknown to Plaintiffs, who therefore are suing these Defendants by fictitious names. Plaintiffs will amend this Complaint to show their true names and capacities when the same have been ascertained. Plaintiffs allege on information and belief that each of these fictitiously named Defendants is responsible in some manner for the facts alleged herein. Plaintiffs allege on information and belief that each of the Defendants named herein, including the Doe Defendants, acted jointly, in concert, and with knowledge of the actions of each of

the other Defendants; acted as the agent and servant of each and every one of the other Defendants with respect to the actions complained of herein; acted at all times within the course and scope of said agency; and that each is equally liable for the acts alleged below.

## JURISDICTION AND VENUE

6. Diversity of citizenship exists between Plaintiffs and Defendants pursuant to 28 U.S.C. § 1332 and the matter in controversy exceeds, exclusive of interest, costs and attorneys' fees, $75,000.

7. Venue in this district is appropriate pursuant to 28 U.S.C. § 1391 in that Defendants purposefully directed their wrongful conduct at Plaintiffs, whom Defendants know to be residents of this state, and because a substantial part of the events giving rise to the causes of action alleged herein arose in this district.

## GENERAL ALLEGATIONS

8. NZK and Horizon are the producer and distributor, respectively, of the highly successful elimination-style reality television shows entitled, "The Bachelor," "The Bachelorette," and "Bachelor Pad" (collectively the "Bachelor Series"). All three shows air on the ABC network.

9. "The Bachelor" debuted in 2002. Each season of The Bachelor revolves around a single bachelor and a group of approximately 25 women vying for his affections, all of whom live together in the same house. Over the course of the season, the women are eliminated in a "rose ceremony." At the end of each season, the bachelor selects a winner who receives the final rose, and in many cases, the bachelor proposes marriage to the winning woman.

10. "The Bachelorette" and "Bachelor Pad" are spin-offs of "The Bachelor," and operate on a similar, elimination-style premise.

11. All past, current and future participants in the Bachelor Series sign contracts with Plaintiffs that require them to maintain the confidentiality of all events that transpire on the Bachelor Series episodes prior their broadcast. Each

member of the Bachelor Series' cast and crew, as well as certain other employees, also sign contracts with confidentiality clauses that prevent them from divulging non-public information about any aspect of the episodes prior to their broadcast.

12. Plaintiffs are informed and believe, and on that basis allege, that Defendant Reality Steve, LLC owns and operates the for-profit website at www.realitysteve.com. This website, entitled RealitySteve, regularly publishes updates and spoilers regarding several reality television shows, including primarily, the Bachelor Series. These updates and spoilers include non-public information regarding events that transpired on the Bachelor Series episodes prior to their broadcast.

13. Plaintiffs are informed and believe, and on that basis allege, that Defendants obtain confidential information about the Bachelor Series by contacting and soliciting information from participants, cast, crew and/or other employees of the Bachelor Series and by inducing them to breach their confidentiality obligations to Plaintiffs. Defendants engaged in this conduct with full knowledge that Plaintiffs are located in California and that the effects of Plaintiffs' actions would be felt primarily within California.

14. Plaintiffs are further informed and believe, and on that basis allege, that Defendants were fully aware of the confidentiality obligations binding the participants, cast, and crew members of the Bachelor Series when they sought to induced them to divulge non-public information about the show in breach of their contracts.

15. By way of example, in a November 17, 2011 email sent from steve@realitysteve.com to a participant in the Bachelor Series, Carbone wrote, "Let me just say, I'm very well aware of your contract. I also know that over 500 contestants have been on this show and not one of them has ever been sued for the $5 million. It's just a scare tactic. Trust me. Just like they had no idea you sent me that last email, they'll have no idea about any correspondence either. I know you're

scared and a little paranoid by it, but don't be. Unless they are hacking your email or tapping your phone, there's absolutely no way for them to find out."

16. In the same email, Carbone went on to offer the participant monetary incentive to induce her to breach her contract with Plaintiffs. He wrote, "Since you are a student, and I know you have loans up the ying-yang, I'd be willing to compensate you. . . . I swear, this is the easiest money you'd ever make and you and I are the only two people that would know." A day later, Carbone emailed the participant and wrote: "$2500 to help me out. Not joking. Some of this stuff is driving me nuts ha ha."

17. In another email dated November 2, 2011 to a former contestant on the Bachelor Series, Carbone wrote, "I'm aware you were eliminated at the SF rose ceremony, so I probably actually know more about what's happened since you left than you do, however, I do have some blanks that need to be filled in during the early episodes. I'm aware of your contract, but absolutely no one would know of our conversing."

18. In a message sent via Facebook, Carbone reached out to yet another contestant, and wrote, "I'm well aware of your contract and the producers have probably struck the fear of God into you to never speak w me, but I'm here to help you. Just looking for a couple details filled in, since I'm sure you're aware, plenty of info is already out there that I've spilled. Could really use your help, and I'd be willing to compensate you for it."

19. Plaintiffs have demanded that Carbone cease his efforts to induce Bachelor Series participants and employees to breach their contracts with Plaintiffs. On August 12, 2011, Plaintiffs' counsel sent a letter to Carbone, formally notifying him that all participants, cast, crew and employees of the Bachelor Series are subject to contractual prohibitions against disclosing confidential information acquired in the course of their participation or employment. On November 22, 2011, Plaintiffs' counsel wrote again to Carbone, informing him that Plaintiffs have become aware of

his intent to post additional confidential information on RealitySteve.com and advising him that Plaintiffs would pursue legal action against him to protect their sizeable financial investment in the Bachelor Series and to satisfy their obligation to ABC to provide quality television programming which depends, in large part, on the pre-broadcast confidentiality of the contents of each episode.

20. Plaintiffs are informed and believe, and on that basis allege, that Defendants continue to seek confidential information from participants, cast, crew and other employees of the Bachelor Series and, in the course of doing so, continue to solicit and induce participants and employees of the Bachelor Series to breach their contractual obligations to Plaintiffs.

21. Plaintiffs are further informed and believe, and on that basis allege, that Defendants have publicly disclosed and posted confidential, non-public information that they obtained from participants, cast, crew and/or other employees of the Bachelor Series in violation of their contracts.

## FIRST CAUSE OF ACTION
### (Intentional Interference with Contractual Relations)
### (Against All Defendants)

22. Plaintiffs restate and incorporate by reference their allegations contained in the preceding paragraphs of this Complaint as if fully set forth herein.

23. All former and current participants, cast, crew and employees of the Bachelor Series execute written contracts with Plaintiffs that include confidentiality provisions prohibiting the disclosure of non-public information about events that transpire in episodes of the Bachelor Series prior to their broadcast.

24. Plaintiffs are informed and believe, and on that basis allege, that at all relevant times, Defendants were aware that all participants, cast, crew and employees of the Bachelor Series execute contracts with Plaintiffs that include confidentiality provisions.

25. Nonetheless, Defendants have contacted current and former participants, cast, crew and employees and of the Bachelor Series and asked them to provide confidential, non-public information regarding events that transpired in episodes of the Bachelor Series prior to their broadcasts, by, among other things, sending emails and Facebook messages to current and former Bachelor Series participants, assuring participants that they need not be concerned about violating their contracts with Plaintiffs as "absolutely no one would know" of their conversations and offering monetary compensation as inducement for participants to provide confidential information in breach of their contracts with Plaintiffs.

26. Despite Plaintiffs' repeated requests, Defendants have continued to induce participants, cast, crew members and/or other employees of the Bachelor Series to breach their confidentiality obligations to Plaintiffs.

27. As a proximate result of Defendants' conduct, various participant, cast, crew members and/or other employees have breached their confidentiality obligations to Plaintiffs by providing Defendants with confidential, non-public information regarding the Bachelor Series episodes, which Defendants have publicly disclosed and posted on the website at www.realitysteve.com. As a result of this conduct, Plaintiffs have suffered damages in an amount greater than $75,000.

28. The aforementioned acts of Defendants, and each of them, were willful, oppressive, fraudulent, and malicious. Plaintiffs are therefore entitled to punitive damages.

29. Plaintiffs are informed and believe, and on that basis allege, that Defendants intend to continue interfering with Plaintiffs' contracts with participants, cast, crew members and other employees of the Bachelor Series in order to obtain and publicly disclose confidential information regarding events that transpire on the Bachelor Series episodes prior to their broadcast. Defendants' continuing interference with Plaintiffs' contracts with participants, cast, crew and other employees of the Bachelor Series would cause Plaintiffs great and irreparable injury,

for which damages would not afford adequate relief, in that they would not adequately compensate for the injury to Plaintiffs' reputation and goodwill, including their reputation and goodwill with ABC and other television show distributors who must rely on Plaintiffs to ensure that their shows' contents are not "spoiled" by pre-broadcast disclosure.

## SECOND CAUSE OF ACTION

### (Unfair Competition – Cal. Bus. & Prof. Code § 17200 et seq.)

### (Against All Defendants)

30. Plaintiffs restate and incorporate by reference their allegations contained in the preceding paragraphs of this Complaint as if fully set forth herein.

31. Plaintiffs have suffered an injury in fact as a result of the conduct of each and every Defendant, as alleged herein.

32. The acts of Defendants complained of in each of the preceding paragraphs of this Complaint, constitute unfair and illegal business acts, practices and/or omissions in violation of California Business and Professions Code § 17200.

33. The acts of Defendants are unfair in violation of § 17200 in that they are unscrupulous, immoral, unethical, oppressive and injurious to Plaintiffs.

34. The acts of Defendants are illegal in violation of § 17200 in that they violate the common laws against interference with contractual relations, and in that the acts allow for unjust enrichment of Defendants.

35. Plaintiffs are informed and believe, and on that basis allege, that Defendants intend to continue the aforementioned unfair and illegal conduct in order to obtain and publicly disclose confidential information regarding events that transpire on the Bachelor Series episodes prior to their broadcast. Defendants' continuing interference with Plaintiffs' contracts with participants and employees of the Bachelor Series would cause Plaintiffs great and irreparable injury, for which damages would not afford adequate relief, in that they would not adequately compensate for the injury to Plaintiffs' reputation and goodwill, including their

reputation and goodwill with ABC and other television show distributors who must rely on Plaintiffs to ensure that their shows' contents are not "spoiled" by pre-broadcast disclosure.

WHEREFORE, Plaintiffs pray for judgment as follows:

1. For damages in an amount to be proven at trial but in any case greater than $75,000.

2. For exemplary and punitive damages.

3. For an order requiring Defendants to show cause why they should not be enjoined as set forth below during the pendency of this action.

4. For a preliminary injunction and a permanent injunction enjoining Defendants from interfering with Plaintiffs' contracts with participants and employees of the Bachelor Series episodes by soliciting non-public information from participants and employees regarding events that transpire in Bachelor Series episodes prior to their broadcast and by offering monetary inducements to participants and employees to disclose such information.

5. For an award of attorneys' fees and costs incurred as permitted by applicable law.

6. For any other and further relief as the Court may deem proper.

DATED: December 6, 2011          Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC
LINDA M. BURROW
TINA WONG

By /s/ Linda M. Burrow
LINDA M. BURROW
Attorneys for Plaintiffs NZK PRODUCTIONS, INC. and HORIZON ALTERNATIVE TELEVISION INC.

## DEMAND FOR JURY TRIAL

Plaintiffs NZK Productions, Inc. and Horizon Alternative Television, Inc. hereby demand trial by jury in this action.

DATED: December 6, 2011

Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC
LINDA M. BURROW
TINA WONG

By /s/ Linda M. Burrow
LINDA M. BURROW
Attorneys for Plaintiffs NZK PRODUCTIONS INC. and HORIZON ALTERNATIVE TELEVISION INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

**CV11- 10118 GHK (Ex)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

CALDWELL LESLIE & PROCTOR, PC
LINDA M. BURROW, State Bar No. 194668
burrow@caldwell-leslie.com
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017-2463
Tel.: (213) 629-9040; Fax: (213) 629-9022

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NZK PRODUCTIONS INC., a California corporation, and HORIZON ALTERNATIVE TELEVISION INC., a Delaware corporation, <br><br> PLAINTIFF(S) <br> v. <br><br> STEPHEN CARBONE, an individual, REALITY STEVE, LLC, a Texas limited liability corporation, and DOES 1 through 10, inclusive, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV11 10118 GHK (Ex) <br><br> SUMMONS |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Linda M. Burrow_____, whose address is _Caldwell Leslie & Proctor, PC, 1000 Wilshire Blvd., Suite 600, Los Angeles, CA 90017_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __DEC - 6 2011__         By: __MERYL DAVIS__
                                         Deputy Clerk

                                         (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (10/11)                                  SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

NZK PRODUCTIONS INC., a California corporation, and HORIZON ALTERNATIVE TELEVISION INC., a Delaware corporation

**DEFENDANTS**

STEPHEN CARBONE, an individual, REALITY STEVE, LLC, a Texas limited liability corporation, and DOES 1 through 10, inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

CALDWELL LESLIE & PROCTOR, PC
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017-2463     Tel.: (213) 629-9040

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:    JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No        ☒ **MONEY DEMANDED IN COMPLAINT:** $ At least $75,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Intentional Interference with Contractual Relations; Unfair Competition, Cal. Bus. & Prof. Code Section 17200, et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | | |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 610 Agriculture | |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| | | | ☐ 443 Housing/Acco-mmodations | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| | | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**CV11  10118**

FOR OFFICE USE ONLY:      Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                         CIVIL COVER SHEET                                         Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Texas |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: **In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): /s/ [signature]    Date December 6, 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |