D. Bradley Kizzia
BROWN FOX KIZZIA & JOHNSON PLLC
8226 Douglas Avenue, Suite 411
Dallas, Texas 75225
(469) 893-9940
(214) 613-3330
brad@brownfoxlaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NZK PRODUCTIONS INC. and HORIZON ALTERNATIVE TELEVISION INC.<br>Plaintiff(s)<br>v.<br>STEPHEN CARBONE AND REALITY STEVE, LLC<br>Defendant(s). | CASE NUMBER<br>CV11-10118-GHK (Ex)<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, D. Bradley Kizzia, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant: Stephen Carbone and Reality Steve, LLC by whom I have been retained.

My business information is:
Brown Fox Kizzia & Johnson PLLC
*Firm Name*
8226 Douglas Avenue, Suite 411
*Street Address*
Dallas, TX 75225
*City, State, Zip*
(469) 893-9940
*Telephone Number*

brad@brownfoxlaw.com
*E-Mail Address*
(214) 613-3330
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| Supreme Court of Texas | November, 1981 |
| United States Supreme Court | 1990 |
| United States Court of Appeals, Fifth Circuit | 1990 |
| United States District Courts, Texas | 1982 |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate **Gregg A. Farley** as local counsel, whose business information is as follows:

Law Offices of Gregg A. Farley
*Firm Name*

11755 Wilshire Blvd., Ste. 1845
*Street Address*

Los Angeles, CA 90025
*City, State, Zip*

gfarley@farleyfirm.com
*E-Mail Address*

(310) 445-4024
*Telephone Number*

(310) 445-4019
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated  1/19/12

D. Bradley Kizzia
*Applicant's Name (please print)*

D. Bradley Kizzia
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  1/20/12

Gregg A. Farley
*Designee's Name (please print)*

*Designee's Signature*

115593
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

January 19, 2012

RE: **Mr. D. Bradley Kizzia**
State Bar Number - **11547550**

To Whom it May Concern:

This is to certify that Mr. D. Bradley Kizzia was licensed to practice law in Texas on October 30, 1981 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512 427 1463 or 1 800 204 2222