Gregg A. Farley, SBN 115593
LAW OFFICES OF GREGG A. FARLEY
11755 Wilshire Blvd., Ste. 1845
Los Angeles, CA 90025
Telephone: (310) 445-4024
Facsimile: (310) 445-4109
gfarley@farleyfirm.com

D. Bradley Kizzia (Pro Hac Vice)
BROWN FOX KIZZIA & JOHNSON PLLC
8226 Douglas Avenue, Suite 411
Dallas, Texas 75225
Telephone: (469) 893-9940
Facsimile: (214) 613-3330
brad@brownfoxlaw.com

Attorneys for Defendants
STEPHEN CARBONE
and REALITY STEVE, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NZK PRODUCTIONS INC., a California corporation, and HORIZON ALTERNATIVE TELEVISION INC., a Delaware corporation,<br><br>              Plaintiffs,<br><br>vs.<br><br>STEPHEN CARBONE, an individual, and REALITY STEVE, LLC, a Texas limited liability corporation,<br><br>              Defendants. | Case No.: CV11-10118-GHK (Ex)<br><br>DEFENDANTS' RESPONSE TO THE COURT'S FEBRUARY 9, 2012 ORDER TO SHOW CAUSE RE: CITIZENSHIP OF REALITY STEVE, LLC<br><br>*[Declarations of Stephen Carbone and Adam Fox are filed concurrently herewith]* |

Defendants Stephen Carbone ("Carbone") and Reality Steve, LLC ("Reality Steve") hereby submit their response to the Court's February 9, 2012 Order to Show Cause regarding the citizenship of the members of Reality Steve, LLC ("OSC"). *See* Docket Entry No. 25.

## I.   BACKGROUND

As outlined in the OSC, Plaintiffs NZK Productions Inc. and Horizon Alternative Television Inc. (collectively, "Plaintiffs") were ordered on January 20, 2012 to show cause why this action should not be dismissed for lack of subject matter jurisdiction. In responding to the Court's January 20, 2012 Order, Plaintiffs were unable to determine the citizenship of Yea! Networks, LLC ("Yea! Networks").

On February 9, 2012, the Court issued an Order to Show Cause, requesting that Defendants provide evidence of the citizenship of every member of Reality Steve, LLC. Further, the Court ordered that if any of Reality Steve's members were entities, Defendants were to provide evidence of the member's citizenship.

## II.   DEFENDANTS' LACK OF COMPLETE INFORMATION

Neither Defendant is a member of Yea Networks, LLC. Defendants' legal counsel do not represent Yea! Networks, and have never done so. Nevertheless, after receiving the Court's Order, Defendants have diligently attempted to obtain the requested information with limited success.

-2-

For information about Stephen Carbone, Defendants provide information below. With respect to the information the Court requested about Yea! Networks, LLC, Defendants were able to gather some information regarding Yea! Networks from publicly-available sources. However, because Yea! Networks is not a public company, Defendants were unable to obtain all the Court's requested information from publicly-available sources.

On February 10, 2012, Mr. Carbone contacted George Laughlin, Chief Executive Officer for Yea! Networks, and requested that Yea! Networks provide to Reality Steve information about Yea! Networks' members to satisfy the information requested in the Court's OSC. *See* Declaration of Stephen Carbone ("Carbone Decl."), ¶ 4, attached hereto as Exhibit A. Mr. Laughlin stated that none of the members of Yea! Networks are located in California, but was unwilling to provide any additional information about the identity or citizenship of Yea! Networks' members.

On February 13, 2012, Adam Fox, Reality Steve's registered agent, contacted counsel for Yea! Networks and requested that Yea! Networks provide information about Yea! Networks' members to satisfy the information requested in the Court's OSC. *See* Declaration of Adam T. Fox ("Fox Decl."), ¶ 5, attached hereto as Exhibit B. Gordon Foote, counsel for Yea! Networks, responded that Yea! Networks is owned by a single individual residing in Dallas, Texas, but

-3-

declined to provide any additional information or documentation regarding the individual member or his or her citizenship. *Id*. A true and correct copy of the foregoing correspondence is attached as Exhibit 1 to the Fox Decl.

## III.   INFORMATION ABOUT THE CITIZENSHIP OF THE MEMBERS OF REALITY STEVE, LLC

Reality Steve, LLC is a Texas limited liability company formed and existing under the laws of the State of Texas. *See* Carbone Decl., ¶ 2. As the Court pointed out in its OSC, a limited liability company is a citizen of every state of which its owners/members are citizens. *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Reality Steve currently has two members: Stephen Carbone and Yea! Networks, LLC. *See* Fox Decl., ¶ 2.

### A.   Stephen Carbone

Stephen Carbone is a member of Reality Steve, LLC. *See* Carbone Decl., ¶ 2. Mr. Carbone is a citizen and domiciliary of the State of Texas, and resides, lives and works in the State of Texas. *Id*. at ¶ 3; *see also* Declaration of Stephen Carbone in Support of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction previously filed with this Court; Plaintiffs' Complaint, Docket Entry No. 1, ¶ 4.

**B.     Yea! Networks, LLC**

Yea! Networks, LLC is a Nevada limited liability company, and is a member of Reality Steve, LLC. *See* Fox Decl., ¶ 2. According to the Texas Secretary of State, Yea! Networks' principal office is located at 220 E. Las Colinas Blvd., Suite C210, Irving, Texas 75039. True and correct copies of Yea! Networks' filings with the Texas Secretary of State are attached hereto as Exhibit C.

As noted above, Defendants have been unable to gather all of the detailed information about Yea! Networks requested by the Court's OSC, because Yea! Networks is a privately-held limited liability company and because those persons who have knowledge of such information have declined to share same with Defendants. *See* Carbone Decl., ¶ 4; Fox Decl., ¶ 5. However, all of the information Defendants have been able to obtain to date indicates that Yea! Networks is not a citizen of the State of California.

**IV.   CONCLUSION**

Defendants Stephen Carbone and Reality Steve, LLC have engaged in a diligent search and inquiry about the citizenship of the members of Yea! Networks. The information included herein, along with the attached documents obtained from the Texas Secretary of State and the declarations of Stephen Carbone and Adam Fox, constitute the full extent of the information known and obtained by Defendants.

DATED: February _16_, 2012

BROWN FOX KIZZIA & JOHNSON PLLC


By: _D. Bradley Kizzia_

D. Bradley Kizzia (Pro Hac Vice)
Attorneys for Defendants Stephen Carbone
and Reality Steve, LLC

DATED: February _16_, 2012

LAW OFFICES OF GREGG A. FARLEY


By: _Gregg A. Farley_

Gregg A. Farley
Attorneys for Defendants Stephen Carbone
and Reality Steve, LLC

DEFENDANTS' RESPONSE TO THE COURT'S FEBRUARY 9, 2012
ORDER TO SHOW CAUSE RE: CITIZENSHIP OF REALITY STEVE, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

1  Gregg A. Farley, SBN 115593
   LAW OFFICES OF GREGG A. FARLEY
2  11755 Wilshire Blvd., Ste. 1845
3  Los Angeles, CA 90025
   Telephone: (310) 445-4024
4  Facsimile: (310) 445-4109
5  gfarley@farleyfirm.com

6
   D. Bradley Kizzia (Pro Hac Vice)
7  BROWN FOX KIZZIA & JOHNSON PLLC
8  8226 Douglas Avenue, Suite 411
   Dallas, Texas 75225
9  Telephone: (469) 893-9940
10 Facsimile: (214) 613-3330
   brad@brownfoxlaw.com
11
12 Attorneys for Defendants
   STEPHEN CARBONE
13 and REALITY STEVE, LLC
14

15          UNITED STATES DISTRICT COURT

16 CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

17

18 NZK PRODUCTIONS INC., a            )  Case No.: CV11-10118-GHK (Ex)
   California corporation, and HORIZON )
19                                     )
   ALTERNATIVE TELEVISION INC.,        )
20 a Delaware corporation,             )  DECLARATION OF STEPHEN
                                       )  CARBONE IN SUPPORT OF
21                                     )  DEFENDANTS' RESPONSE TO THE
          Plaintiffs,                  )  COURT'S FEBRUARY 9, 2012
22                                     )  ORDER TO SHOW CAUSE RE:
23 vs.                                 )  CITIZENSHIP OF REALITY STEVE,
                                       )  LLC
24 STEPHEN CARBONE, an individual,     )
25 and REALITY STEVE, LLC, a Texas     )  [Defendants' Response is filed
26 limited liability corporation,      )  concurrently herewith]
                                       )
27          Defendants.                )
28
                                    -1-
          DECLARATION OF STEPHEN CARBONE ISO DEFENDANTS' RESPONSE TO THE COURT'S
          FEBRUARY 9, 2012 ORDER TO SHOW CAUSE RE: CITIZENSHIP OF REALITY STEVE, LLC

I, Stephen Carbone, declare as follows:

1.     I am more than eighteen (18) years of age and am fully competent to make this Declaration. I am competent to testify in Court, and I have never been convicted of a felony or misdemeanor involving moral turpitude. All of the statements contained herein are based upon my personal knowledge and are true and correct.

2.     I am a member of Reality Steve, LLC, a Texas limited liability company incorporated and validly existing under the laws of the State of Texas.

3.     I am a citizen and domiciliary of the State of Texas. I am a resident of the State of Texas, and I live and work in Texas. A true and correct copy of my Texas driver's license is attached hereto as Exhibit 1.

4.     I spoke with George Laughlin, Chief Executive Officer of Yea! Networks, LLC on February 10, 2012, advised him of this Court's February 9, 2012 Show Cause Order, and asked for information regarding the identity and citizenship of each member of Yea! Networks, LLC. While Mr. Laughlin declined to provide the identity or any specific information about each member, he did state that none of the members of Yea! Networks, LLC are located in California. Mr. Laughlin may be contacted at 220 E. Las Colinas Blvd., Suite C-210, Irving, Texas 75039; (214)-461-3682; George@kiddlive.com.

DECLARATION OF STEPHEN CARBONE ISO DEFENDANTS' RESPONSE TO THE COURT'S
FEBRUARY 9, 2012 ORDER TO SHOW CAUSE RE: CITIZENSHIP OF REALITY STEVE, LLC

5.     I am not a member of Yea! Networks, LLC, and therefore have no personal knowledge as to its members. Except for the information obtained from the foregoing conversation with George Laughlin, its CEO, I do not possess any additional information regarding the identity or citizenship of any member of Yea! Networks, LLC. However, to the best of my knowledge, Yea! Networks, LLC and its members are citizens of the State of Texas, not California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 15th, 2012, in Dallas, Texas.

_____
Stephen Carbone

-3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1



# TEXAS
## DEPARTMENT OF PUBLIC SAFETY
### DRIVER LICENSE

CLASS: C          DL: 27332255
DOB: 05-31-75          HT:6-02
EXPIRES: 05-31-15  EYES: HZL
REST:A                SEX: M
END:

CARBONE,STEPHEN MICHAEL
8404 WARREN PKWY
FRISCO TX 75034



**RESTRICTIONS**
A With corrective lenses

**ENDORSEMENTS**
No Endorsements

☐ Directive to physician    ☐ Emergency          ☐ Allergic reaction
   has been filed at tel #      contact number         to drugs

TEXAS ROADSIDE ASSISTANCE 1-800-525-5555



# EXHIBIT B

Gregg A. Farley, SBN 115593
LAW OFFICES OF GREGG A. FARLEY
11755 Wilshire Blvd., Ste. 1845
Los Angeles, CA 90025
Telephone: (310) 445-4024
Facsimile: (310) 445-4109
gfarley@farleyfirm.com

D. Bradley Kizzia (Pro Hac Vice)
BROWN FOX KIZZIA & JOHNSON PLLC
8226 Douglas Avenue, Suite 411
Dallas, Texas 75225
Telephone: (469) 893-9940
Facsimile: (214) 613-3330
brad@brownfoxlaw.com

Attorneys for Defendants
STEPHEN CARBONE
and REALITY STEVE, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NZK PRODUCTIONS INC., a California corporation, and HORIZON ALTERNATIVE TELEVISION INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> STEPHEN CARBONE, an individual, and REALITY STEVE, LLC, a Texas limited liability corporation, <br><br> Defendants. | Case No.: CV11-10118-GHK (Ex) <br><br> DECLARATION OF ADAM FOX IN SUPPORT OF DEFENDANTS' RESPONSE TO THE COURT'S FEBRUARY 9, 2012 ORDER TO SHOW CAUSE RE: CITIZENSHIP OF REALITY STEVE, LLC <br><br> *[Defendants' Response is filed concurrently herewith]* |

-1-

I, Adam T. Fox, declare as follows:

1.     I am an attorney duly admitted to practice by the State Bar of Texas and a partner of Brown Fox Kizzia & Johnson PLLC, which offices at 8226 Douglas Avenue, Suite 411, Dallas, Texas 75225. I am the registered agent with the Texas Secretary of State for Reality Steve, LLC. I make this declaration in support of Defendants' Response to the Court's February 9, 2012 Order to Show Cause Re: Citizenship of Reality Steve, LLC. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2.     On or around July 11, 2011, I assisted Stephen Carbone with the formation in Texas of Reality Steve, LLC. I assisted with the transaction in which Yea! Network, LLC[1] was added as a member in Reality Steve, LLC, and thereafter drafted the governing documents for Reality Steve, LLC. Reality Steve, LLC currently has two (2) members: Stephen Carbone and Yea! Networks, LLC.

3.     I communicated with counsel for Yea! Networks, LLC, Gordon Foote II, Hallett & Perrin, P.C., on numerous occasions throughout this transaction. At no time during this transaction did I receive any information regarding the citizenship or domicile of the member(s) of Yea! Networks, LLC.

---

[1] At the time of this transaction, the entity was engaged in business under the assumed name "Yea Network, LLC." I have been told by the attorney for the entity that it has since changed its name, and now engages in business under the assumed name "Yea! Networks, LLC."

DECLARATION OF ADAM T. FOX ISO DEFENDANTS' RESPONSE TO THE COURT'S
FEBRUARY 9, 2012 ORDER TO SHOW CAUSE RE: CITIZENSHIP OF REALITY STEVE, LLC

4.    I do not currently represent Yea! Networks, LLC, and I have not represented Yea! Networks, LLC in the past.

5.    On February 13, 2012, I communicated via email with Gordon Foote regarding the Court's February 9, 2012 Order to Show Cause Re: Citizenship of Reality Steve, LLC, asking for information about the citizenship of each member of Yea! Networks, LLC. A true and correct copy of that correspondence is attached hereto as Exhibit 1. While stating that Yea! Networks, LLC is owned by a single individual residing in Dallas, Texas, Mr. Foote declined to provide any additional information or documentation regarding the individual member or his or her citizenship. *See* Ex. 1.

6.    Aside   from   the   information   obtained   from   the   foregoing correspondence with Mr. Foote, after diligent search and inquiry, I have been unable to ascertain information about the citizenship of the member(s) of Yea! Networks, LLC with any certainty. However, to the best of my knowledge, neither Yea! Networks, LLC, nor its member(s), is a citizen or domiciliary of the State of California.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

-3-

DECLARATION OF ADAM T. FOX ISO DEFENDANTS' RESPONSE TO THE COURT'S
FEBRUARY 9, 2012 ORDER TO SHOW CAUSE RE: CITIZENSHIP OF REALITY STEVE, LLC

Executed on February 16th, 2012, in Dallas, Texas.

_____
Adam T. Fox

DECLARATION OF ADAM T. FOX ISO DEFENDANTS' RESPONSE TO THE COURT'S
FEBRUARY 9, 2012 ORDER TO SHOW CAUSE RE: CITIZENSHIP OF REALITY STEVE, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

**Adam Fox**

| | |
|---|---|
| **From:** | Gordon T. Foote [GFoote@hallettperrin.com] |
| **Sent:** | Monday, February 13, 2012 5:29 PM |
| **To:** | Adam Fox |
| **Subject:** | RE: Reality Steve / Yea! Network |

Adam,

Yea! Networks, LLC is a single-member LLC owned by an individual residing in Dallas, Texas. I would prefer to not to offer the name of the individual for purposes of this lawsuit, but will do so if directed by the court.

Thanks,
Gordon

Gordon T. Foote II

# H  P

**Hallett & Perrin, P.C.**

Hallett & Perrin, P.C.
2001 Bryan Street, Suite 3900 | Dallas, Texas 75201
O: (214) 922-4152 | F: (214) 922-4144
gfoote@hallettperrin.com

RULES CONTAINED IN CIRCULAR 230 WHICH GOVERN OUR PRACTICE BEFORE THE INTERNAL REVENUE SERVICE REQUIRE THAT WE ADVISE YOU THAT ANY TAX ADVICE IN THIS COMMUNICATION (AND ANY ATTACHMENTS) (i) IS INTENDED ONLY FOR THE ADDRESSEE, AND (ii) IS NOT WRITTEN WITH THE INTENT THAT IT BE USED, AND IN FACT IT CANNOT BE USED, TO AVOID PENALTIES IMPOSED UNDER THE INTERNAL REVENUE CODE OR TO PROMOTE, MARKET, OR RECOMMEND TO ANOTHER PERSON ANY TAX-RELATED CONCEPT.

**From:** Adam Fox [mailto:adam@brownfoxlaw.com]
**Sent:** Monday, February 13, 2012 4:59 PM
**To:** Gordon T. Foote
**Subject:** Reality Steve / Yea! Network

Gordon, something else has come up in the NZK Productions Inc., et al. v. Stephen Carbone, et al. matter (see attached Show Cause Order issued by the Court in our case regarding our motion to dismiss). To satisfy the Court's Show Cause Order, we must provide evidence not only of Steve's individual domicile/citizenship, but also of the citizenship/domicile of EACH MEMBER of Yea! Networks, LLC.

Do you have an objection to sending us information to help us show the citizenship of the members Yea! Networks?

Thanks Gordon.

Adam

BROWN
FOX   ATTORNEYS & COUNSELORS

Adam Fox
Brown Fox Kizzia & Johnson PLLC
8226 Douglas Avenue, Suite 411

1

**Dallas, Texas 75225**
(o)  214.613.3353
(m) 214.901.4126
(f)  214.613.3330
www.brownfoxlaw.com

**vCard | Bio | Twitter**

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Brown Fox Kizzia & Johnson PLLC immediately (by replying to this message or calling 214.613.3350) and immediately destroy all copies of this message and any attachments. Thank you.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

| Form 304<br>(Revised 1/06)<br><br>Return in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512/463-5709<br>Filing Fee: $750 | Application for<br>Registration<br>of a Foreign Limited<br>Liability Company | This space reserved for office use.<br><br>**F I L E D**<br>In the Office of the<br>Secretary of State of Texas<br><br>JUL 2 6 2007<br><br>**Corporations Section** |

1. The entity is a foreign limited liability company. The name of the entity is:

FORGOTTEN TOWN, LLC

2A. The name of the entity in its jurisdiction of formation does not contain the word "limited liability company" or "limited company" (or an abbreviation thereof). The name of the entity with the word or abbreviation that it elects to add for use in Texas is:

2B. The entity name is not available in Texas. The assumed name under which the entity will qualify and transact business in Texas is:

3. Its federal employer identification number is:   68-0653581
☐ Federal employer identification number information is not available at this time.

4. It is organized under the laws of: (set forth state or foreign country)   NEVADA
and the date of its formation in that jurisdiction is:   March 26, 2007
                                                     *mm/dd/yyyy*

5. As of the date of filing, the undersigned certifies that the foreign limited liability company currently exists as a valid limited liability company under the laws of the jurisdiction of its formation.

6. The purpose or purposes of the limited liability company that it proposes to pursue in the transaction of business in Texas are set forth below. The entity also certifies that it is authorized to pursue such stated purpose or purposes in the state or country under which it is organized.

Any lawful business or activity under the laws of this state.

7. The date on which the foreign entity intends to transact business in Texas, or the date on which the foreign entity first transacted business in Texas is:   June 1, 2007
                                                          *mm/dd/yyyy*

8. The principal office address of the limited liability company is:

| 220 E. Las Colinas Blvd., C210 | Irving | TX | US | 75039 |
|---|---|---|---|---|
| *Address* | *City* | *State* | *Country* | *Zip/Postal Code* |

Form 304  **RECEIVED**

JUL 2 6 2007

Secretary of State

5

Complete item 9A or 9B, but not both. Complete item 9C.

☐ 9A.  The registered agent is an organization (cannot be entity named above) **by the name of:**

_____

OR

☒ 9B.  The registered agent is an individual resident of the state whose name is:

| BRENDA | | ADRIANCE-FOX | |
|---|---|---|---|
| *First Name* | *M.I.* | *Last Name* | *Suffix* |

9C.  The business address of the registered agent and the registered office address is:

| 220 E. Las Colinas Blvd. Ste. C210 | Irving | | TX | 75039 |
|---|---|---|---|---|
| *Street Address* | *City* | | *State* | *Zip Code* |

10.  The entity hereby appoints the Secretary of State of Texas as its agent for service of process under the circumstances set forth in section 5.251 of the Texas Business Organizations Code.

11.  The name and address of each governing person is:

**NAME OF GOVERNING PERSON**

IF INDIVIDUAL

| | CANDACE | R | CORRA | | |
|---|---|---|---|---|---|
| OR | *First Name* | *M.I.* | *Last Name* | | *Suffix* |

IF ORGANIZATION

*Organization Name*

**ADDRESS OF GOVERNING PERSON**

| 3763 Howard Hughes Parkway, Suite 170 | LAS VEGAS | NV | US | 89169 |
|---|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

**NAME OF GOVERNING PERSON**

IF INDIVIDUAL

| | | | | | |
|---|---|---|---|---|---|
| OR | *First Name* | *M.I.* | *Last Name* | | *Suffix* |

IF ORGANIZATION

*Organization Name*

**ADDRESS OF GOVERNING PERSON**

| | | | | |
|---|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

**NAME OF GOVERNING PERSON**

IF INDIVIDUAL

| | | | | | |
|---|---|---|---|---|---|
| OR | *First Name* | *M.I.* | *Last Name* | | *Suffix* |

IF ORGANIZATION

*Organization Name*

**ADDRESS OF GOVERNING PERSON**

| | | | | |
|---|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

Form 304

6

**Signatures and Contact Information**

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

**Effective Date of Filing Instructions**

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing.  The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time.  The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

_____

_____

**Execution**

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date:   July 26, 2007

*Candace R Coma*

*Manager*

Signature and title of authorized person on behalf of the foreign entity

Form 304                                                                 7

**Form 503**
**(Revised 01/06)**

Return in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
**Filing Fee: $25**

**Assumed Name Certificate**

This space reserved for office use.

**FILED**
In the Office of the
Secretary of State of Texas

OCT 1 0 2007

**Corporations Section**

---

### Assumed Name

The assumed name under which the business or professional service is, or is to be, conducted or rendered is:    YEA NETWORK

### Entity Information

The name of the entity filing the assumed name is:

FORGOTTEN TOWN, LLC

State the name of the entity as currently shown in the records of the secretary of state or on its certificate of formation, if not filed with the secretary of state.

The filing entity is a: (Select the appropriate entity type below.)

☐ For-profit Corporation                         ☐ Professional Corporation

☐ Nonprofit Corporation                          ☐ Professional Limited Liability Company

☐ Cooperative Association                        ☐ Professional Association

☒ Limited Liability Company                      ☐ Limited Partnership

☐ Other _____
         Specify type of entity if there is no check box applicable.

The file number, if any, issued to the filing entity by the secretary of state is:    800849242

The state, country, or other jurisdiction of formation is:    NEVADA

The registered or similar office of the entity in the jurisdiction of formation is:

Nevada Incorporators & Registration Service, LLC
3763 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada 89169

---

☒ The entity is required to maintain a registered office and agent in Texas.  The address of its registered office in Texas and the name of the registered agent at such address is:
Brenda Adriance-Fox
220 E. Las Colinas Blvd., Suite C210
Irving, Texas 75039
The address of the principal office of the entity (if not the same as the registered office) is:

Form 503                                    4

**RECEIVED**

OCT 1 0 2007

Same as Registered Office

☐ The entity is not required to maintain a registered office and agent in Texas.  Its office address in in Texas is: _____

☒ The entity is not incorporated, organized or associated under the laws of Texas.  The address of the principal place of business in this state is:  220 E. Las Colinas Blvd., Suite C210, Irving, Texas 75039

The office address of the entity is:  220 E. Las Colinas Blvd., Suite C210, Irving, Texas 75039

## Period in Use

☒ The period during which the assumed name will be used is 10 years from the date of filing with the secretary of state.

OR

☐ The period during which the assumed name will be used is _____ years from the date of filing with the secretary of state (not to exceed 10 years).

OR

☐ The assumed name will be used until _____ (not to exceed 10 years).
*mm/dd/yyyy*

## County or Counties in Which Name Used

The county or counties where business or professional services are being or are to be conducted or rendered under the assumed name are:

☒ All counties

☐ All counties with the exception of the following counties: _____

_____

☐ Only the following counties: _____

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.  If the undersigned is acting in the capacity of an attorney in fact for the entity, the undersigned certifies that the entity has duly authorized the undersigned in writing to execute this document.

DATE:  10/5/07

BRENDA ADRIANCE-FOX

Notary:

THE STATE OF TEXAS     )
                       )
COUNTY OF DALLAS       )

    This instrument was acknowledged before me on the 5 day of _OCTOBER_, 2007, by Brenda Adriance-Fox, Manager of Forgotten Town, LLC, a Nevada limited liability company, on behalf of said company.

_____
Notary Public in and for the State of Texas

My Commission Expires

9-20-2008

358277

Form 503                              7

**Form 406**
**(Revised 05/11)**

Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512/463-5709
Filing Fee: See instructions



**Amendment to Registration**

This space reserved for office use.

**F I L E D**
**In the Office of the**
**Secretary of State of Texas**

**DEC 07 2011**

**Corporations Section**

## Entity Information

1. The legal name of the filing entity is:

Forgotten Town, LLC

*State the name of the entity as currently shown in the records of the secretary of state.*

2. If the entity attained its registration under an assumed name, the qualifying assumed name as shown on the records of the secretary of state is:

3. The registration was issued to the entity on:      07/26/2007

*mm/dd/yyyy*

The file number issued to the filing entity by the secretary of state is:      800849242

## Amendments to Application

4. The registration is amended to change the legal name of the entity as amended in the entity's jurisdiction of formation. The new name is:

Yea Networks, LLC

5. The new name of the entity is not available for use in Texas or fails to include an appropriate organizational designation. Or, the entity wishes to amend the qualifying assumed name stated on its application for registration or amended registration. The assumed name the entity elects to adopt for purposes of maintaining its registration is:

6. The registration is amended to change the business or activity stated in its application for registration or amended registration. The business or activity that the entity proposes to pursue in this state is:

The entity certifies that it is authorized to pursue the same business or activity under the laws of the entity's jurisdiction of formation.

**RECEIVED**

Form 406

**DEC 07 2011**

**Secretary of State**

4

## Other Changes to the Application for Registration

7.  The foreign filing entity desires to amend its application for registration to make changes other than or in addition to those stated above.  Statements contained in the original application or any amended application are identified by number or description and changed to read as follows:

## Effectiveness of Filing (Select either A, B, or C.)

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing.  The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time.  The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date:    November 22, 2011 _____

_____
Signature of authorized person (see instructions)

Carolyn Marks, Manager _____
Printed or typed name of authorized person.

Form 406                                              5