KELLEY DRYE & WARREN LLP
  Michael J. O'Connor (STATE BAR NO. 90017)
  Andrew W. DeFrancis (STATE BAR NO. 246399)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
moconnor@kelleydrye.com
adefrancis@kelleydrye.com

Attorneys for Plaintiffs
NZK PRODUCTIONS INC. and
HORIZON ALTERNATIVE TELEVISION INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NZK PRODUCTIONS INC., a California corporation, and HORIZON ALTERNATIVE TELEVISION INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN CARBONE, an individual, REALITY STEVE, LLC, a Texas limited liability corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV11-10118 GHK (Ex)<br><br>**DECLARATION OF ANDREW W. DEFRANCIS IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **APPLICATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS BY 60 DAYS TO PERMIT TIME TO COMPEL AND RECEIVE SUPPLEMENTAL RESPONSES TO JURISDICTIONAL DISCOVERY**<br><br>[L.R. 7-19 and 7-19.1]<br><br>*[Ex parte Application and [Proposed] Order filed concurrently herewith]* |

# DECLARATION OF ANDREW W. DEFRANCIS

I, Andrew W. DeFrancis, declare as follows:

1. I am an attorney duly admitted to practice before this Court and an associate of Kelley Drye & Warren LLP attorneys of record for Plaintiffs NZK Productions Inc. and Horizon Alternative Television Inc. (collectively, "Plaintiffs") in the above-referenced matter. I make this declaration in support of Plaintiffs' *ex parte* application to continue hearing date on Defendants Stephen Carbone and Reality Steve, LLC's (collectively, "Defendants") motion to dismiss by 60 days to permit time to compel and receive supplemental responses to jurisdictional discovery (the "Application"). I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. The week of March 19, 2012, counsel for Defendants, D. Bradley Kizzia, and I discussed a stipulation to continue the hearing on Defendants' motion to dismiss so that Plaintiffs had sufficient time to compel supplemental discovery responses. Mr. Kizzia said that he would check whether his clients would so agree and that he would get back to me. On March 26, 2012, I called Mr. Kizzia on two separate occasions, intending to ask whether his clients would stipulation to such a continuance and, if not, whether Defendants would oppose this Application. Mr. Kizzia did not answer the phone on either attempt, and I left two messages, asking him to call me back. As of the time of this filing, Mr. Kizzia has not returned my calls.

3. At the time this Application and supporting documents are e-filed, I will personally email and fax a copy to opposing counsel, indicating that they have 24 hours to file a response, per the Court's Order Re: Case Management at ¶ 9.

/ / /

/ / /

4. Attached hereto as Exhibit A, and incorporated herein by this reference, is a true and correct copy of the Court's Order granting Plaintiffs' *ex parte* application to conduct jurisdictional discovery.

5. Attached hereto as Exhibit B, and incorporated herein by this reference, is a true and correct copy of Plaintiff NZK Productions Inc.'s First Set of Special Interrogatories to Defendant Stephen Carbone, which were served on February 7, 2012.

6. Attached hereto as Exhibit C, and incorporated herein by this reference, is a true and correct copy of Plaintiff NZK Productions Inc.'s First Set of Special Interrogatories to Defendant Reality Steve, LLC, which were served on February 7, 2012.

7. Attached hereto as Exhibit D, and incorporated herein by this reference, are true and correct copies of Plaintiffs' Notices of Deposition of Defendants Stephen Carbone and Reality Steve, LLC, which were served on March 6, 2012.

8. Attached hereto as Exhibit E, and incorporated herein by this reference, is a true and correct copy of Defendant Stephen Carbone's Responses to Plaintiff NZK Productions Inc.'s First Set of Special Interrogatories, which counsel for Defendants received on March 12, 2012.

9. Attached hereto as Exhibit F, and incorporated herein by this reference, is a true and correct copy of Defendant Reality Steve, LLC's Responses to Plaintiff NZK Productions Inc.'s First Set of Special Interrogatories, which counsel for Defendants received on March 12, 2012.

10. Attached hereto as Exhibit G, and incorporated herein by this reference, is a true and correct copy of a letter that I sent to D. Bradley Kizzia on March 15, 2012, concerning Defendants' responses to Plaintiff NZK Productions, Inc.'s First Sets of Special Interrogatories.

/ / /

11. D. Bradley Kizzia and I conferred via telephone about Defendants' responses to Plaintiff NZK Productions, Inc.'s First Sets of Special Interrogatories on March 21, 2012. Although Mr. Kizzia informed me that Defendants might supplement some of their responses, he has not provided me (or any other counsel for Plaintiffs) with any agreement as to which responses Defendants would supplement or when they would supplement those responses.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 26, 2012, at Los Angeles, California.

                                       /s/ Andrew W. DeFrancis
                                        Andrew W. DeFrancis

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Boulevard, Twenty-Third Floor, Los Angeles, California 90067.

On March 26, 2012, I served a true copy of the foregoing document described as **DECLARATION OF ANDREW W. DEFRANCIS IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS BY 60 DAYS TO PERMIT TIME TO COMPEL AND RECEIVE SUPPLEMENTAL RESPONSES TO JURISDICTIONAL DISCOVERY** on the interested parties in this action as follows:

| | |
|---|---|
| D. Bradley Kizzia, Esq.<br>Brown Fox Kizzia & Johnson PLLC<br>8226 Douglas Avenue, Suite 411<br>Dallas, TX  75225<br>Fax:  214-613-3330<br>brad@brownfoxlaw.com<br>*Attorneys for defendants Stephen Carbone and Reality Steve, LLC* | Gregg A. Farley, Esq.<br>Law Offices of Gregg A. Farley<br>11755 Wilshire Boulevard, Suite 1845<br>Los Angeles, CA  90025<br>Fax: 310-445-4109<br>gfarley@farleyfirm.com<br>*Attorneys for defendants Stephen Carbone and Reality Steve, LLC* |

☒ **BY FAX TRANSMISSION:** I faxed a copy of the document(s) to the persons at the fax numbers listed in the Service List. The telephone number of the sending facsimile machine was (310) 712-6199. No error was reported by the fax machine that I used.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address adefrancis@kelleydrye.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ FEDERAL: I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 26, 2012, at Los Angeles, California.

/s/ Andrew W. DeFrancis
Andrew W. DeFrancis

299396.1.doc

CV11-10118 GHK (Ex)

DECL. OF ANDREW W. DEFRANCIS ISO PLAINTIFFS' *EX PARTE* APPLICATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS BY 60 DAYS TO PERMIT TIME TO COMPEL AND RECEIVE SUPPLEMENTAL RESPONSES TO JURISDICTIONAL DISCOVERY