E-FILED 03/30/2012

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NZK PRODUCTIONS INC., a California corporation, and HORIZON ALTERNATIVE TELEVISION INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STEPHEN CARBONE, an individual, REALITY STEVE, LLC, a Texas limited liability corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV11-10118 GHK (Ex)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS BY 60 DAYS TO PERMIT TIME TO COMPEL AND RECEIVE SUPPLEMENTAL RESPONSES TO JURISDICTIONAL DISCOVERY** |

1  The Court has reviewed Plaintiffs NZK Productions Inc. and Horizon Alternative Television Inc. (collectively, "Plaintiffs") *ex parte* application ("Application") to continue the hearing date on the motion to dismiss filed by Defendants Stephen Carbone and Reality Steve, LLC (collectively, "Defendants") by sixty (60) days to permit Plaintiffs time to compel and receive supplemental responses to the jurisdictional discovery they propounded, as well as any response filed by Defendants. Having found good cause,

IT IS HEREBY ORDERED that Plaintiffs' Application is GRANTED.

The hearing date on Defendants' Motion to Dismiss for Lack of Personal Jurisdiction shall be continued from May 20, 2012, at 9:30 a.m., to <u>7/23/2012</u>, at <u>9:30 a.m.</u>.

Dated this <u>30</u> day of <u>March</u>, 2012.

By _____
Hon. George H. King