KELLEY DRYE & WARREN LLP
  Michael J. O'Connor (STATE BAR NO. 90017)
  Andrew W. DeFrancis (STATE BAR NO. 246399)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
moconnor@kelleydrye.com
adefrancis@kelleydrye.com

Attorneys for Plaintiffs
NZK PRODUCTIONS INC. and
HORIZON ALTER. TELEVISION INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NZK PRODUCTIONS INC., a California corporation, and HORIZON ALTERNATIVE TELEVISION INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN CARBONE, an individual, REALITY STEVE, LLC, a Texas limited liability corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV11-10118 GHK (Ex)<br><br>**NOTICE OF MOTION AND MOTION RE: PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO FIRST SETS OF SPECIAL INTERROGATORIES**<br><br>*[Joint Stipulation, [Proposed] Order, and Declaration of Andrew W. DeFrancis filed concurrently herewith]*<br><br>**DISCOVERY MATTER**<br><br>Fed. R. Civ. P. 37; L.R. 37-1, *et seq.*<br><br>Hon. Charles F. Eick<br>(U.S. Magistrate Judge)<br><br>Date:  May 18, 2012<br>Time:  9:30 a.m.<br>Place:  Courtroom 20<br><br>[No discovery cut-off, pretrial conference, or trial dates set] |

CV11-10118 GHK (Ex)
NOTICE OF MOTION AND MOTION RE: PLAINTIFFS' MOTION TO COMPEL
SUPPLEMENTAL RESPONSES TO FIRST SETS SPECIAL INTERROGATORIES

**TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on May 18, 2012, at 9:30 a.m., or as soon thereafter as the matter may be heard before the Honorable Charles F. Eick of the United States District Court for the Central District of California, Plaintiffs NZK Productions Inc. and Horizon Alternative Television Inc. (collectively, "Plaintiffs") will, and hereby do, move the Court pursuant to Rule 37 of the Federal Rules of Civil Procedure to issue an Order compelling Defendants Stephen Carbone and Reality Steve, LLC (collectively, "Defendants") to supplement their responses to NZK Productions Inc.'s First Sets of Special Interrogatories.

This motion is based upon this notice of motion and motion, the accompanying Joint Stipulation filed in compliance with Local Rule 37-2, the Declaration of Andrew W. DeFrancis, the pleadings and other papers on file herein, and upon such other argument or evidence as may be presented prior to the Court's determination of this matter.

DATED: April 26, 2012

KELLEY DRYE & WARREN LLP
Michael J. O'Connor
Andrew W. DeFrancis

By  /s/ Andrew W. DeFrancis
　　　　Andrew W. DeFrancis
Attorneys for Plaintiffs NZK Productions Inc.
and Horizon Alternative Television Inc.