KELLEY DRYE & WARREN LLP
  Michael J. O'Connor (STATE BAR NO. 90017)
  Andrew W. DeFrancis (STATE BAR NO. 246399)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
moconnor@kelleydrye.com
adefrancis@kelleydrye.com

Attorneys for Plaintiffs
NZK PRODUCTIONS INC. and
HORIZON ALTER. TELEVISION INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NZK PRODUCTIONS INC., a California corporation, and HORIZON ALTERNATIVE TELEVISION INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN CARBONE, an individual, REALITY STEVE, LLC, a Texas limited liability corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV11-10118 GHK (Ex)<br><br>**DECLARATION OF ANDREW W. DEFRANCIS IN SUPPORT OF PLAINTIFFS IN JOINT STIPULATION RE: PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO FIRST SETS OF SPECIAL INTERROGATORIES**<br><br>*[Notice of Motion and Motion, Joint Stipulation, and [Proposed] Order filed concurrently herewith]*<br><br>**DISCOVERY MATTER**<br><br>Fed. R. Civ. P. 37; L.R. 37-1, *et seq.*<br><br>Hon. Charles F. Eick<br>(U.S. Magistrate Judge)<br><br>Date:    May 18, 2012<br>Time:    9:30 a.m.<br>Place:   Courtroom 20<br><br>[No discovery cut-off, pretrial conference, or trial dates set] |

300274.1.doc                                                                                             CV11-10118 GHK (Ex)

DECL. OF ANDREW W. DEFRANCIS ISO PLAINTIFFS IN
JOINT STIPULATION RE: PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO
FIRST SETS OF SPECIAL INTERROGATORIES

I, Andrew W. DeFrancis, declare as follows:

1. I am an attorney duly admitted to practice before this Court and an associate of Kelley Drye & Warren LLP attorneys of record for Plaintiffs NZK Productions Inc. and Horizon Alternative Television Inc. (collectively, "Plaintiffs") in the above-referenced matter. I make this declaration in support of Plaintiffs in the Joint Stipulation Re: Plaintiffs' Motion to Compel Supplemental Responses to First Sets of Special Interrogatories. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as Exhibit A, and incorporated herein by this reference, is a true and correct copy of the Complaint filed in this action by Plaintiffs on December 6, 2011.

3. Attached hereto as Exhibit B, and incorporated herein by this reference, is a true and correct copy of the Court's Order granting Plaintiffs' *ex parte* application to conduct jurisdictional discovery.

4. Attached hereto as Exhibit C, and incorporated herein by this reference, is a true and correct copy of Plaintiff NZK Productions Inc.'s First Set of Special Interrogatories to Defendant Stephen Carbone, which were served on February 7, 2012.

5. Attached hereto as Exhibit D, and incorporated herein by this reference, is a true and correct copy of Plaintiff NZK Productions Inc.'s First Set of Special Interrogatories to Defendant Reality Steve, LLC, which were served on February 7, 2012.

6. Attached hereto as Exhibit E, and incorporated herein by this reference, is a true and correct copy of Defendant Stephen Carbone's Responses to Plaintiff NZK Productions Inc.'s First Set of Special Interrogatories, which counsel for Defendants received on March 12, 2012.

7. Attached hereto as Exhibit F, and incorporated herein by this reference, is a true and correct copy of Defendant Reality Steve, LLC's Responses to Plaintiff NZK Productions Inc.'s First Set of Special Interrogatories, which counsel for Defendants received on March 12, 2012.

8. Attached hereto as Exhibit G, and incorporated herein by this reference, is a true and correct copy of a letter that I sent to D. Bradley Kizzia on March 15, 2012, concerning Defendants' responses to Plaintiff NZK Productions, Inc.'s First Sets of Special Interrogatories.

9. D. Bradley Kizzia and I conferred via telephone about Defendants' responses to Plaintiff NZK Productions, Inc.'s First Sets of Special Interrogatories on March 21, 2012. Although Mr. Kizzia informed me that Defendants might supplement some of their responses, he did not indicate the specific responses that they would supplement at that time.

10. Attached hereto as Exhibit H, and incorporated herein by this reference, is a true and correct copy of the Court's Order granting Plaintiffs' *ex parte* application to continue the hearing on Defendants' motion to dismiss by 60 days.

11. Attached hereto as Exhibit I, and incorporated herein by this reference, is a true and correct copy of Defendant Stephen Carbone's Supplemental Responses to Plaintiff NZK Productions Inc.'s First Set of Special Interrogatories, which counsel for Defendants received on April 12, 2012.

12. Attached hereto as Exhibit J, and incorporated herein by this reference, is a true and correct copy of Defendant Reality Steve, LLC's Supplemental Responses to Plaintiff NZK Productions Inc.'s First Set of Special Interrogatories, which counsel for Defendants received on April 12, 2012.

13. Attached hereto as Exhibit K, and incorporated herein by this reference, is a true and correct copy of a printout of a screenshot from a video that Carbone posted on March 31, 2011, in which he discussed the then-upcoming Reality Rocks

Expo at the Los Angeles Convention Center on April 9 and 10, 2011. Carbone also gave away ten (10) free passes to the exposition during this video and indicated that he would be attending the exposition himself. A copy of the video itself can be found at http://www.youtube.com/watch?v=Qtr674_BwHc, which I visited on April 18, 2012.

14. Attached hereto as Exhibit L, and incorporated herein by this reference, is a true and correct copy of a printout of an entry that appears on Defendants' website at http://realitysteve.com/2012/03/27/the-bachelorette-emily-maynard-bermuda-rosewood-tuckers-point/, dated March 27, 2012, which I visited on April 18, 2012.

15. Attached hereto as Exhibit M, and incorporated herein by this reference, is a true and correct copy of a printout of a screenshot of a video that appears on Defendants' website at http://realitysteve.com/2012/04/11/reality-steve-live-video-blog-thursday-april-11th-9pm-est6pm-pst/, dated April 11, 2012, which I visited on April 18, 2012.

16. Attached hereto as Exhibit N, and incorporated herein by this reference, is a true and correct copy of a printout of a screenshot of a video that appears on Defendants' website at http://realitysteve.com/2012/03/29/reality-steve-live-video-blog-thursday-march-29th-9pm-est6pm-pst/, dated March 29, 2012, which I visited on April 18, 2012.

17. Attached hereto as Exhibit O, and incorporated herein by this reference, is a true and correct copy of a document that Defendant Reality Steve, LLC produced in response to Plaintiff NZK Productions Inc.'s First Set of Requests for Production.

18. Attached hereto as Exhibit P, and incorporated herein by this reference, is a true and correct copy of a printout from Google's help page concerning Google Analytics, located at

1  http://support.google.com/analytics/bin/answer.py?hl=en&answer=1144408, which
2  I visited on April 18, 2012.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Executed April 26, 2012, at Los Angeles, California.

                                         /s/ Andrew W. DeFrancis
                                         Andrew W. DeFrancis