EXHIBIT K TO
DECLARATION OF ANDREW W. DEFRANCIS

EXHIBIT K TO
DECLARATION OF ANDREW W. DEFRANCIS



EXHIBIT L TO
DECLARATION OF ANDREW W. DEFRANCIS

EXHIBIT L TO
DECLARATION OF ANDREW W. DEFRANCIS

I/18/12    The Bachelorette Emily — Spoilers, Commentary, Bermuda, Rosewood Tucker's Point | Reality Steve



# REALITY STEVE | RS

**MY SLANTED, SOPHOMORIC, AND SKEWED VIEW
ON THE WORLD OF REALITY TELEVISION**

| Home | Videos | TV Shows | Spoilers | Archives | Contact Me | My Account | | search |



DONATE YOUR CAR  HELP OUR WOUNDED TROOPS & THEIR FAMILIES  PURPLE HEART FOUNDATION  CLICK HERE NOW

Posted on **March 27, 2012**                    ← **Previous** **Next →**

# Live Video Blog Thursday with Two Special Guests, the "Bachelorette" in Bermuda, and More Emily Info



Like   11   Donate

March 27th, 2012 |   13 Comments |   Posted in Bachelorette Emily Spoilers, The Bachelorette 8 - Emily

Been a few days so I figured I'd post today to update everyone on a few things. First things first, the live video blog will still be on this Thursday (9PM EST/6PM PST). However, Maddie will not be making an appearance, that's because I'm in California this weekend for my nephew's 5th birthday. Which means – yes, you guessed it – my niece and nephew will be making an appearance on Thursday. I will try to give them both equal air time, but something tells me they will fight over who gets to be on more. Although they don't have embarrassing stories to tell about me like my mother could've, it might still be a train wreck. So tune in for that. I have no idea how that's gonna go.

Also, this Saturday night I will be attending the Chris4Life Dream Date Benefit at the SLS Hotel in Beverly Hills. If you are interested in attending, you can still purchase tickets for only $60 by clicking here. You can win a date with some of your favorite "Bachelor" or "Bachelorette" contestants as they will be auctioning off Jillian Harris, Dave Good, Erica Rose, Natalie Getz, Roberto Martinez, Michelle Money, and just added Kacie Boguskie from Ben's season. Hmmmmmmm, which one do I bid on? Should be a fun night all around and I'm looking forward to helping out such a good cause. For more on the event, check out the video Michelle Money made:

Exhibit L
Page 103

1/

As for what's going on with me, let me just say that I realize a lot of you were worried about the tone of my last video blog and expressed to me you felt I was defeated, sad, etc. I'm not gonna lie, it hasn't been easy. I don't think it would be for everyone. Until this thing is over, it's ALWAYS going to be on my mind. Some days are better than others. I think this weekend will be good because I'll be keeping busy and not thinking about it. But yeah, there are days where it weighs more on me than others. It's not because I'm afraid of losing, since I've said from the beginning of this that I've done nothing wrong or illegal, but more so that every single day this case is still being litigated is costing me a lot of money. So I wake up every morning knowing I have this giant debt over my head that really isn't going away anytime soon, and that's not fun.

But thanks to all your donations, I've been able to raise almost $8000 now for my legal defense fund, so I can't thank you enough (Neither can my lawyers). If you haven't donated and you'd still like to (or would even like to donate again), the donation button at the top of the page will bring you to the initial column which explains a lot of what you need to know regarding this lawsuit. Anything you can donate will help. This is going to be a long battle and I can't tell you how much I appreciate everything that's been donated so far and what's to come. A lot of you have asked me since Thursday's live video blog if that person who said they'd donate $5000 actually did, and unfortunately, the answer is no. I haven't received that $5000 donation just yet. Maybe she was kidding, maybe it's still coming. I don't know. She never left her email like she said she would, nor did she email me the next day to explain who she was. So we'll see. Sounded a little too good to be true, so I'm not holding my breath. Although it would be an unbelievably generous donation if she did.

The man who started this whole cause, Matthew Chan, has more articles posted on his site that you can read by **clicking here**. A lot of good columns that he's posted, as well as having started an online petition with Change.org. You can sign the petition here:

**Reality Steve Online Petition**

We've garnered over 1,100 signatures to date, so however many we can get will definitely help get the word out. I do think this case needs to be heard by more than just the "Bachelor" audience. Whether you like this site or not, or whether you like me personally or not, is not the issue in this case. It's about my right as a "journalist" to be able to continue to do my job without having the big network watching over me like a hawk.

Pages:  1 2

ShareThis                                                          Leave a Reply

Exhibit L

Page 104

EXHIBIT M TO
DECLARATION OF ANDREW W. DEFRANCIS

EXHIBIT M TO
DECLARATION OF ANDREW W. DEFRANCIS

Posted on **April 11, 2012**

**← Previous   Next →**

# Reality Steve Live Video Blog – Wednesday, April 11th 9PM EST/6PM PST



🎂 April 11th, 2012 | 💬 **68 Comments** | 📝 Posted in **Uncategorized**

Here is tonight's **video** blog in case you missed it. Microphone issues were definitely improved from past shows. About half way through, Olivia and Nicholas joined in for random silliness. Not much "Bachelorette" talk after that to be honest, so scroll through any question you want to see. If you're trying to view this video on your Ipad or Iphone, it won't work. However, if you go to **this link**, you can download an app which will allow you to. Thanks everyone who joined in and watched tonight, or participated by asking a question, **even** if it was for the kids. Enjoy...



🔗 **ShareThis**                                    💬 **Leave a Reply**

This entry was posted in **Uncategorized** by **Administrator**. Bookmark the **permalink**.

Exhibit M
Page 105

EXHIBIT N TO
DECLARATION OF ANDREW W. DEFRANCIS

EXHIBIT N TO
DECLARATION OF ANDREW W. DEFRANCIS

Posted on **March 29, 2012**

← **Previous**  **Next** →

# Reality Steve Live Video Blog – Thursday, March 29th, 9PM EST/6PM PST



📅 **March 29th, 2012** | 💬 **8 Comments** | 🗂 **Posted in Uncategorized**

Here is tonight's video blog in case you missed it. Because I did it for the first time on my laptop, I guess that helped with the microphone issues. About half way through, my niece joined in, then my nephew after her. Not much "Bachelorette" talk after they came on and got ridiculously silly. If you're trying to view this video on your Ipad or Iphone, it won't work. However, if you go to **this link**, you can download an app which will allow you to. Thanks everyone who joined in and watched tonight, or participated by asking a question, even if it was for the kids. Enjoy...



◀ **ShareThis**                                                                🔁 **Leave a Reply**

This entry was posted in **Uncategorized** by **Administrator**. Bookmark the **permalink**.

Exhibit N
Page 106

EXHIBIT O TO
DECLARATION OF ANDREW W. DEFRANCIS

EXHIBIT O TO
DECLARATION OF ANDREW W. DEFRANCIS



## Visitors Overview - Google Analytics

https://www.google.com/analytics...

Make this version default   Old version   reality.steve24@gmail.com   Settings   My Account   Sign out

Admin   Help

Home   Standard Reporting   Custom Reporting

http://realitysteve.com - http://realityst...
realitysteve.com [DEFAULT]

Jan 1, 2011 - Mar 1

### Visitors Overview

Advanced Segments   Export   Add to Dashboard

100.00% of total visits

Audience
Overview
Demographics
Behavior
Technology
Social
Mobile
Visitors Flow
Advertising
Traffic Sources
Content
Conversions

Help
The Visitors Overview Report
Comparing Metrics
Using the Interactive Table
Common Report Controls
Video: Add Advanced Segments
Find Your Old Reports in the New Interface

Help center
Search help center   Go

**Overview**

Visits   vs.   Select a metric

● Visits

**8,845,333 people visited this site**

18,639,030 Visits

8,845,333 Unique Visitors

55,217,232 Pageviews

2.96 Pages/Visit

00:04:51 Avg. Time on Site

50.30% Bounce Rate

46.08% % New Visits

■ **46.33% New Visitor**
8,634,999 Visits

□ **53.67% Returning Visitor**
10,004,031 Visits

| Demographics | Language | | Visits | % Visits |
|---|---|---|---|---|
| | | | 17,248,942 | |
| Language | 1. | en-us | 1,109,120 | 5.95% |
| Country/Territory | 2. | en | 65,472 | 0.35% |
| City | 3. | en-gb | 36,630 | 0.20% |
| **System** | 4. | en_us | 34,176 | 0.18% |
| Browser | 5. | fr | 16,880 | 0.09% |
| Operating System | 6. | es | 11,856 | 0.06% |
| Service Provider | 7. | de | 8,762 | 0.05% |
| **Mobile** | 8. | nl | 8,759 | 0.05% |
| Operating System | 9. | pt-br | 7,694 | 0.04% |
| Screen Provider | 10. | fr | | view |
| Screen Resolution | | | | |

This report was generated on 3/14/12 at 10:50 PM

© 2012 Google | Analytics Home | Terms of Service | Privacy Policy | Contact us | Send Feedback

EXHIBIT P TO
DECLARATION OF ANDREW W. DEFRANCIS

EXHIBIT P TO
DECLARATION OF ANDREW W. DEFRANCIS

 **Analytics**

Search Analytics help 🎤

Home   Features   Learn   Partners   Premium   Help

## Analytics

### Audience

# Location

This report lets you see where visits originate (Continent, Sub Continent, Country, City). Location is derived from mapping IP addresses to geographic locations.

**Note:** City location may not be accurate for visits from mobile devices.

From location, you can infer some cultural norms that might be a good influence on your site design and content. For example, if you sell a product that is equally viable in the Middle East and in Latin America (e.g., air conditioning, water coolers), you might develop a separate site for each region with different graphics and imagery.

Understanding location can also help you choose where to focus your advertising. You may want to advertise more heavily in areas from which you receive little traffic because you're certain your product is a good fit and those areas represent an untapped market. Or you may want to focus on areas from which you already receive a lot of traffic because there is a natural fit for your product.

You can use Advanced Segments to compare traffic such as *New* and *Returning* visitors per location, or *All Visits* and *Visits with Transactions* per location, and then see whether New York visitors return at a higher rate than London visitors, or whether there is a higher transaction rate in San Francisco than in New York.

---

Analytics - Contacting Us - Help for other Google products -
©2012 Google
- Google Home - Privacy Policy - Terms of Service

Exhibit P

Page 108

1/