| | |
|---|---|
| 1 | KELLEY DRYE & WARREN LLP |
|   |   Michael J. O'Connor (STATE BAR NO. 90017) |
| 2 |   Andrew W. DeFrancis (STATE BAR NO. 246399) |
|   | 10100 Santa Monica Boulevard, Twenty-Third Floor |
| 3 | Los Angeles, California 90067-4008 |
|   | Telephone: (310) 712-6100 |
| 4 | Facsimile: (310) 712-6199 |
|   | moconnor@kelleydrye.com |
| 5 | adefrancis@kelleydrye.com |
| 6 | Attorneys for Plaintiffs |
|   | NZK PRODUCTIONS INC. and |
| 7 | HORIZON ALTER. TELEVISION INC. |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NZK PRODUCTIONS INC., a California corporation, and HORIZON ALTERNATIVE TELEVISION INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>STEPHEN CARBONE, an individual, REALITY STEVE, LLC, a Texas limited liability corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. CV11-10118 GHK (Ex)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

1     NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil
2 Procedure 41(a), Plaintiffs NZK Productions Inc. and Horizon Alternative
3 Television Inc. voluntarily dismiss the above-captioned action with prejudice.
4
5 DATED: June 1, 2012     KELLEY DRYE & WARREN LLP
    Michael J. O'Connor
6     Andrew W. DeFrancis
7
8     By  /s/ Andrew W. DeFrancis
        Andrew W. DeFrancis
9     Attorneys for Plaintiffs NZK Productions Inc.
    and Horizon Alternative Television Inc.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

301666.1.doc     1    CV11-10118 GHK (Ex)
NOTICE OF VOLUNTARY DISMISSAL